IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN and
ISAAC TORRES,

    Plaintiff,

v.

SHERIFF DAVE MAHONEY, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-572-wmc

*Pro se* plaintiffs Isaac Torres and Terrance Buchanan are proceeding in this lawsuit against defendants, various Dane County Jail employees, concerning the conditions at the Dane County Jail. On February 5, 2019, the court gave plaintiff Terrance Buchanan until February 22, 2019, to file a response to defendants' motion for summary judgment and return a signed medical records release to defendants' attorney. Buchanan has not yet responded to defendants' motion for summary judgment, and defendants have since filed a motion to dismiss Buchanan's claims for his failure to prosecute, representing that Buchanan still has not turned over a signed medical records release. (Dkt. #57 at 2.) Moreover, Buchanan has not filed anything with the court suggesting that he is making efforts to comply with this court's order or otherwise participate in this lawsuit. Accordingly, the court is now granting defendants' motion and dismissing Buchanan's claims in this lawsuit with prejudice for his failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss for lack of prosecution (dkt. #56) is GRANTED.

2. Plaintiff Terrance Buchanan's claims in this lawsuit are DISMISSED WITH PREJUDICE for failure to prosecute.

3. At the close of this case, the clerk of court is directed to enter judgment in favor of defendants on plaintiff Terrance Buchanan's claims.

Dated this 2nd day of April, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge