IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN and
ISAAC TORRES,

    Plaintiff,

v.

SHERIFF DAVE MAHONEY, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-572-wmc

*Pro se* plaintiff Isaac Torres is proceeding in this lawsuit against defendants, various Dane County Jail employees, related to the conditions at the Dane County Jail. On April 15, 2019, defendants filed a motion to dismiss plaintiff's claims. (Dkt. #65.) The court set May 16, 2019, as plaintiff's deadline to respond to defendants' motion. That deadline has passed. While Torres wrote a letter to the court on April 18, 2019, requesting copies of certain documents, Torres has not filed any materials in opposition to defendants' motion, requested an extension of time to oppose their motion or reached out to the court in any other manner. His failure to respond to defendants' motion, or to take any other action indicating that he is preparing an opposition, suggest that he may have abandoned this lawsuit. Accordingly, the court will give Torres one more chance to respond to defendants' motion: he now has until **July 10, 2019,** to file an opposition to defendants' motion for summary judgment. His failure to meet this deadline will cause the court to dismiss his claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that plaintiff Isaac Torres may have until July 10, **2019**, to file a response to defendants' motion for summary judgment. **If Torres does not respond by that date, the court will dismiss his claims with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.**

Dated this 19th day of June, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge