IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISAAC TORRES,

    Plaintiff,

v.

SHERIFF DAVE MAHONEY, ET AL.,

    Defendants.

ORDER

Case No. 16-cv-572-wmc

*Pro se* plaintiff Isaac Torres is proceeding in this lawsuit against defendants, various Dane County Jail employees, related to the conditions at the Dane County Jail. On April 15, 2019, defendants filed a motion to for summary judgment. (Dkt. #65.) The court has subsequently given Torres two opportunities to respond to defendants' motion for summary judgment. (Dkt. ##80, 82.) The most recent deadline the court set was August 1, 2019. In both motions, the court warned Torres that his failure to respond would result in dismissal of this lawsuit for failure to prosecute. However, that deadline has passed, and Torres still has not filed any materials in opposition to defendants' motion, requested an extension of time to oppose their motion or reached out to the court in any other manner. Accordingly, the court is now dismissing Torres's claims for failure to prosecute. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Isaac Torres's claims are DISMISSED WITH PREJUDICE for failure to prosecute them. The clerk of court is directed to enter judgment for defendants and close this case.

Dated this 15th day of August, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge