IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE ANTONIO BUCHANAN, II,
AND ISAAC TORRES,

    Plaintiffs,

v.

DANE COUNTY SHERIFF DEPT., DANE
COUNTY BOARD OF SUPERVISORS,
SHERIFF DAVE MAHONEY, CAPTAIN
ANHALT, SERGEANT OLSON, SERGEANT
SKREPENSKI, LIEUTENANT IMMEL,
SERGEANT REINEN, DEPUTY MERRILL,
AND JHON DOE[S],

    Defendants.

Case No. 16-cv-572-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor od defendants dismissing this case.

| /s/ | 8/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |